**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**TIM AXELSON,**                                                                                          **PLAINTIFF**
**ADC #97108**

v.                                  **CASE NO. 5:15CV00241 BSM**

**RANDALL WATSON et al.**                                                                    **DEFENDANTS**

## ORDER

The partial recommended disposition ("PRD") submitted by United States Magistrate Judge Beth Deere and plaintiff Tim Axelson's objections thereto have been reviewed. After careful consideration of these documents and a *de novo* review of the record, the PRD is hereby adopted in all respects.

Axelson's motion for temporary injunctive relief [Doc. No. 23] is therefore denied.

IT IS SO ORDERED this 28th day of October 2015.

_____
UNITED STATES DISTRICT JUDGE