IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

TIM AXELSON                                                                                    PLAINTIFF
ADC #97108

v.                         CASE NO. 5:15-CV-00241 BSM

RANDALL WATSON, et al.                                                          DEFENDANTS

## ORDER

The partial recommended disposition [Doc. No. 160] submitted by United States Magistrate Judge Beth Deere and plaintiff Tim Axelson's objections [Doc. No. 161] thereto have been received. After *de novo* review of the record, the partial recommended disposition is adopted in its entirety. Accordingly, Axelson's motion to amend and supplement his complaint [Doc. No. 158] is denied.

IT IS SO ORDERED this 1st day of September 2017.

_____
UNITED STATES DISTRICT JUDGE